# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.                                                                                                      Telephone: (347) 687-2019
Suite 301-A                                                                                                       cmulhollandesq@gmail.com
Astoria, NY 11103

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2022

March 22, 2022

Honorable Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

                              Re: Rodriguez, et al. v. 935 Ogden Ave. Corp. et al., 21-cv-2573

Your Honor,

      The parties would respectfully request an additional thirty (30) days to submit a motion under *Cheeks* for fairness approval of a proposed settlement agreement in this matter. The parties have a comprehensive draft in circulation and have a few issues to discuss with the clients concerning some of the terms.

      This is the first request for additional time.

                                                                                               */s/Colin Mulholland, Esq.*
                                                                                              Colin Mulholland, Esq.
                                                                                              30-97 Steinway, Ste. 301-A
                                                                                              Astoria, New York 11103
                                                                                              Telephone: (347) 687-2019
                                                                                              *Attorney for Plaintiff*

SO ORDERED:

3/23/2022              /s/_____

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE