# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.  
Suite 301-A  
Astoria, NY 11103

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 4/26/2022

April 26, 2022

Honorable Robert W. Lehrburger  
United States Magistrate Judge  
500 Pearl Street  
New York, NY 10007

Re: Rodriguez, et al. v. 935 Ogden Ave. Corp. et al., 21-cv-2573

Your Honor,

Plaintiff would respectfully request an additional seven (7) days to submit a motion under *Cheeks* for fairness approval of a proposed settlement agreement in this matter. The parties have a final draft and merely need a little more time to finalize a joint fairness letter.

This is the second request for additional time.

*/s/Colin Mulholland, Esq.*  
Colin Mulholland, Esq.  
30-97 Steinway, Ste. 301-A  
Astoria, New York 11103  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*

Extension granted.

SO ORDERED:  /s/ 

4/26/2022

HON. ROBERT W. LEHRBURGER  
UNITED STATES MAGISTRATE JUDGE